## Commonwealth *v.* Arroyo, Appellant.

Argued September 13, 1973. *Nathan Criste,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Marc I. Rickles,* Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.
SPAULDING, J., absent.

## Commonwealth v. Bartlett, Appellant.

Argued September 10, 1973. *Joseph Block,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Maxine Stotland,* with her *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.